IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ROBBIE LYNN HARDIN, | § § | |
| Petitioner, | § § | |
| v. | § | 2:14-CV-0159 |
| | § § | |
| WILLIAM STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION, and DENYING, IN PART, AND DISMISSING, IN PART, PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a form petition for a writ of habeas corpus. On July 21, 2014, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied in part, and any claims of harassment and/or retaliation be dismissed without prejudice to his right to raise them in a civil rights complaint pursuant to 42 U.S.C. § 1983. As of this date, no objections to the Report and Recommendation have been filed.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED, IN PART, and DISMISSED, IN PART.

IT IS SO ORDERED.

ENTERED this 2nd day of September 2014.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE